UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CARL MONTAGUE,<br>　　　　Defendant. | Criminal No.:　1:25-cr-00096 MRD-AEM<br>In violation of 18 U.S.C. §§ 871 and 875(c) |

### INDICTMENT

The Grand Jury charges that:

### Count I

(18 U.S.C. § 871 – Threats Against the President)

On or about June 27, 2025, in the District of Rhode Island, the defendant CARL MONTAGUE, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States.

In violation of 18 U.S.C. § 871.

### Count II

(18 U.S.C. § 875(c) – Interstate Communication of Threats)

On or about June 27, 2025, in the District of Rhode Island, the defendant CARL MONTAGUE, did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the President of the United States, Public Official #1 and Public Official #2.

In violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL:

<br>
_____<br>
Grand Jury Foreperson

SARA M. BLOOM<br>
Acting United States Attorney

_____<br>
DULCE DONOVAN<br>
Assistant U.S. Attorney

_____<br>
LEE H. VILKER<br>
Assistant U.S. Attorney<br>
Criminal Chief