UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 25-096 MRD |
| | ) | |
| CARL MONTEGUE | ) | |

_____

## MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Carl Montegue, the Defendant in the above captioned matter, and moves this Honorable Court to continue the impanelment date and extend time for the filing of pretrial motions in this matter, for a period of 90 days. The requested time is necessary to complete discovery and investigation, and continue to discuss potential resolutions. The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8). The government has no objection to this request.

Respectfully submitted
Carl Montegue
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Dulce Donovan, Assistant United States Attorney, on April 17, 2026.

/s/ Kevin J. Fitzgerald